

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-19-00141-CR

Mark A. **KRIST**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR5258
Honorable Jennifer Peña, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED April 10, 2019.

_____
Patricia O. Alvarez, Justice